IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03352-RBJ

JOEL WHITMAN, individually and
on behalf of all others similarly situated,

      *Plaintiff*,

  v.

DCP MIDSTREAM, LLC,

      *Defendant*,

CYPRESS ENVIRONMENTAL MANAGEMENT-TIR, LLC,

      *Intervenor-Defendant*.

## ENTRY OF APPEARANCE ON BEHALF OF INTERVENOR-DEFENDANT

Jennifer L. Gokenbach, of the law firm The Workplace Counsel, hereby enters her appearance in the above-captioned action on behalf of the Intervenor-Defendant, Cypress Environmental Management-TIR, LLC.

Respectfully submitted this 8th day of April, 2021.

                                                                      THE WORKPLACE COUNSEL

                                                                      *s/ Jennifer L. Gokenbach*
                                                                      Jennifer L. Gokenbach
                                                                      1401 Lawrence Street, Suite 1600
                                                                      Denver, Colorado 80202
                                                                      Tel: 303.625.6400
                                                                      Fax: 303.990.8131
                                                                      jennifer@theworkplacecounsel.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 8th day of April, 2021, I electronically filed the foregoing **ENTRY OF APPEARANCE ON BEHALF OF INTERVENOR-DEFENDANT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who have entered an appearance in the case.

                                    *s/ Jennifer L. Gokenbach*