# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03352-RBJ

JOEL WHITMAN, individually and on behalf of all others similarly situated,

    *Plaintiff*,

  v.

DCP MIDSTREAM, LLC,

    *Defendant*,

CYPRESS ENVIRONMENTAL MANAGEMENT-TIR, LLC

    *Intervenor-Defendant*.

## ENTRY OF APPEARANCE ON BEHALF OF INTERVENOR-DEFENDANT

J. Barrick Bollman, of the law firm McDermott Will & Emery LLP, hereby enters his appearance in the above-captioned action on behalf of Intervenor-Defendant, Cypress Environmental Management-TIR, LLC.

**Dated: May 14, 2021**           **Respectfully submitted**,

                                           s/ Barrick Bollman
                                           Barrick Bollman
                                           McDermott Will & Emery LLP
                                           444 West Lake Street
                                           Chicago, Illinois 60606
                                           (312) 372-2000 (phone)
                                           (312) 884-7700 (fax)
                                           bbollman@mwe.com

***Attorney for Intervenor Cypress Environmental Management – TIR, LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of May 2021, I caused the attached document to be electronically transmitted to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the applicable ECF registrants.

                                             *s/ Barrick Bollman*